RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/17/08

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ABBEVILLE OFFSHORE QUARTERS, INC. | CIVIL ACTION NO: 05 CV 740 |
| VERSUS | JUDGE HAIK |
| TAYLOR ENERGY COMPANY | MAG. JUDGE METHVIN |

## RULING

Before this Court is a Motion for a New Trial and/or Reconsideration filed by Abbeville Offshore Quarters ("Abbeville") (Doc#81). After a full review of the record and being fully advised in the premises, the Motion for New Trial and/or Reconsideration by Abbeville (Doc# 81) is **DENIED** for the same reasons outlined in this Court's Judgment dated December 6, 2006 (Doc.# 80).

THUS DONE AND SIGNED in Lafayette, Louisiana, on the 17th day of May, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA